IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:25-cr-30022-DWD |
| ) | |
| STEPHON L. OWENS, ) | |
| ) | |
| Defendant. ) | |

On July 9, 2025, the Court entered a Preliminary Order of Forfeiture (Doc. 25) against Defendant for the following seized property:

**A Glock 20, Gen 4, 10mm pistol, with serial number BYNL683, with a machinegun conversion device.**

**And all ammunition possessed therewith.**

The Preliminary Order of Forfeiture stated the Government would provide an opportunity for persons to claim a legal interest in the property under 21 U.S.C. § 853(n)(1). The Government has now provided a sworn declaration that notice was published on an official government website, www.forfeiture.gov, for 30 consecutive days beginning July 11, 2025, and ending August 9, 2025. (Doc. 29-1). No third party filed a petition, within 30 days after the last date of the publication, to allege an interest in the property under § 853(n)(2).

Consequently, the Court **FINDS**, pursuant to § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that was the subject of the Preliminary Order of Forfeiture, namely:

**A Glock 20, Gen 4, 10mm pistol, with serial number BYNL683, with a machinegun conversion device.**

**And all ammunition possessed therewith.**

The United States Marshal or the custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

Consistent with this Order, the Government's Motion for an Order Finding No Third-Party Interests is **GRANTED**. (Doc. 30).

**SO ORDERED**.

Dated: October 22, 2025.

s/ *David W. Dugan*
DAVID W. DUGAN
United States District Judge
